# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CASE No.: 6:22-cv-01100-WWB-LHP

BARBARA BRUMFIELD,

    Plaintiff,

vs.

HILLSTONE RESTAURANT GROUP, INC.,
d/b/a HILLSTONE RESTAURANT,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, BARBARA BRUMFIELD, and Defendant, HILLSTONE RESTAURANT GROUP, INC., d/b/a HILLSTONE RESTAURANT, by and through their respective undersigned counsel, hereby file this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action against Defendant. The Parties are in the process of finalizing formal settlement. Respectfully submitted this 6th day of October 2022.

| | |
|---|---|
| By: /S/Sara Howeller, Esq | By:/s/Marilyn G. Moran, Esq. |
| Sara Howeller, Esq | Marilyn G. Moran, Esq. |
| Florida Bar No.: 847100 | Florida Bar No.: 163813 |
| The Law Offices of Sara Howeller | Ford Harrison LLP |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| 301 W. First Street | 300 S. Orange Ave Ste 1300 |
| Sanford, Florida 32771 | Orlando, Florida 32801 |
| Telephone: 407-977-7822 | Telephone: 407-418-2300 |
| Email: DHoweller@gmail.com | E-mail: mmoran@fordharrison.com |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

          By: /S/Sara Howeller, Esq.
              Sara Howeller, Esq.
              Florida Bar No.: 847100
              Attorney for Plaintiff
              The Law Offices of Sara Howeller
              301 W. First Street
              Sanford, Florida 32771
              Telephone: 407-977-7822
              Facsimile: 844-300-7287
              Email: DHoweller@gmail.com